JOHN E WEST
AKA LIL-JOHN E. WEST

E-filing

FILED
2008 JUL 16 AM 10:25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name WEST LIL-JOHN E
(Last) (First) (Initial)

E-28520

Prisoner Number E-28520

Institutional Address P.O. BOX 3030 475-750 RICE CANYON RD. SUSANVILLE, CA. 96127 OR 96130

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

LIL-JOHN E. WEST PRO. SE.
(Enter the full name of plaintiff in this action.)

vs.

T. FELKER — WARDEN, (ET-AL.) B-YRD. CLN'S, MEDICAL STAFF & CUSTODY STAFF;
(Enter the full name of the defendant(s) in this action)

CV 08 3417 JW (PR)
Case No.
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement HIGH DESERT STATE PRISON;

B. Is there a grievance procedure in this institution?

YES (✓) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES ( ) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. MEDICAL-, CATEGORY. 04489 6/1-08 8.- PARTIALLY GRANTED, AND SCREENED OUT TWICE, AND ALTERED BY R.N. DANIELS, ON 6/1-08;

1. Informal appeal 6-11-08 - PARTIALLY GRANTED SCREENED OUT TWICE - FOR NO APPARANT REASON, AND IT WAS ALTERED BY R.N. DANIELS ON 6-11-08

2. First formal level N/A

3. Second formal level N/A

4. Third formal level N/A

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( ) NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. THEY KEPT RETURNING MY GRIEVANCE, AND SCREENING IT OUT FOR ILLOGICAL & UNAPPARANT REASONS,

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any. LIL-JOHN E. WEST, - E-28520, - B-4-111, P.O. BOX 3030, SUSANVILLE, CALIF 96127 OR 475-750 RICE CANYON RD., " " 96130

B. Write the full name of each defendant, his or her official position, and his or her place of employment. B-YARD (ET.-AL.) MEDICAL PERSONNEL, L.V.N.S.- CLARK, JERRY, & REYNOLDS ON & AT B-YARD CLINIC; H.D.S.P.

THESE C.V.N.'S, - STATED ON TITLE PAGE, - C.V.N. CLARK AND C.V.N. JERRY AND C.V.N. REYNOLDS, - ALL PERSIST IN & WITH STOPING ME FROM RECEIVING MY INCREASED CRITICAL CHRONIC CARE PAIN MANAGEMENT MEDS, - THAT WERE ORDERED INCREASED BY, - C.M.O. MS. D. SWINGLE ALMOST A MONTH AGO! AND IF IT'S SOMETHING THEY DON'T FEEL I SHOULD HAVE, OR TOO MUCH OF ANYTHING THEY GET AT ANOTHER DR - IN THEIR CLINIC TO CHANGE THEM, - AS THEY HAVE DONE - EVEN RECENTLY, - ON & WITH MY PSYCH. MED. SCRIPT, - OF WELBUTRIN S.R. 150 MG'S 2X A DAY.

## III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

PRESCRIBED BY DR. NEILSON FOR A SECOND TIME, - TO ME, - FOR SEVERE DEPRESSION, AND P.T.S.D. - FROM VIETNAM - 3 TOURS, - AND BI-POLAR, & SEVERE ANXIETY ATTACKS, AND RECENT SUICIDE ATTEMPT, - DUE TO ALL THE RECENT DEATH'S IN MY FAMILY - 3 OF THEM, - MY FATHER, YOUNGER BROTHER, AND MY YOUNGEST BOY WHICH IS DUE TO MY DROPOUT STATUS - AND CONTRACT ON MY LIFE, - WHEN THESE CERTAIN THREE C.V.N.'S, ARE NOT TOGETHER - ON A SHIFT OR ARE NOT HERE IN B-YARD CLINIC, - I RECEIVE ALL MY MEDS'S & INSULIN IF NEEDED, - AS I'M ON A SLIDING SCALE, - RATHER THAN 70/30 INSULIN - AS I'VE BEEN ON PRIOR TO COMING TO HIGH DESERT STATE PRISON, AND AS I'VE BEEN A DIABETIC, - SINCE I WAS ABOUT 17 YRS. OLD & I'M NOW 60 YRS. OLD! I KNOW MY BODY, & IT'S NEEDS AND IT'S REQUIREMENTS, - ESPECIALLY IN & WITH ALL OF THESE MEDICAL CONDITIONS, AND THEIR EXTREME SERIOUSNESS IN NATURE, - COLON CANCER - CIROSIS ACUTE STAGE II - HEP. B - C - B - WAS CONTRACTED AT P.V.S.P. - DUE TO STAFF NEGLIGANCE, BOTH ARE ACUTE STAGE II, AND ADVANCED CHRONES & COLITIS & SPINAL DETERIORATION & LUMBAR DISC DESEASE, AN MY ARTIFICIAL KNEE THAT'S OUT OF ALIGNMENT AND SO IS MY BACK FUSSION & ROD'S. - OUT OF ALIGNMENT AND A PROTRUDING KNOT - AND MY ARTIFICIAL KNEE IS ALSO CRACKED AND I CAN'T RECEIVE SURGERY FOR EITHER OF THEM - SEE ATTACHMENT(S)

I'M SEEKIN $250,000.00 PER. EA. DEFENDANT;

## IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I AM SEEKING OF YOUR HONORABLE COURT - IMMEDIATE - EMERGENCY RELIEF - IN THE FORM OF BOTH, - A TEMPORARY RESTRAINING ORDER - AND A PRELIMINARY INJUNCTION, ORDERING THESE C.V.N.'S LISTED, & (I.E.) (ET-AL) MEDICAL STAFF ON B-YARD - AND AT THIS INSTITUTION TO CEASE, & DESIST IN & WITH HARASSMENT OF ME, (ET-AL) THAT'S, ON B-YARD, & UNDER THEIR CARE, AND THAT THEY BE ORDERED TO QUIT ALTERING MY PRESCRIPTIONS AND PROPERLY, & PROMPTLY, DISPENSE ALL MY MEDS. AS ORDERED, NOT AS THEY FEEL LIKE ALLOWING ME TO HAVE, AND TO STOP IN & WITH THE PROCEDURE, OF GETTING ANOTHER N.P. OR DR. TO CHANGE AN ALREADY EXISTING PRESCRIPTION/ORDER - SIMPLY BECAUSE

SEE ATTACHMENT(S)

(4)

C/C-JOHN E. WEST
E-28520-B-4-111-L
P.O. BOX 3030
475-750 RICE CANYON RD.
SUSANVILLE, CALIF. 96127
96130

OFF. OF CRT. CLK. + NORTHERN DIST. OF U.S.C.,
NORTHERN DIST. CALIF.,

C/C-JOHN E. WEST
V.
T. FELKER - WARDEN. (ET-AL) C.V.N.'S. CLARK, DERRY, REYNOLDS, MEDICAL STAFF B-YRD. CLINIC;

CASE NO.

I'VE BEEN GOING THROUGH THIS WITH, THE PAST INSTITUTION, P.V.S.P. AND DUE TO MY NUMEROUS CASES, FILED ON AGAINST, -P.V.S.P.- FOR DEATH'S, -(MULTIPLE) DUE TO VALLEY FEVER, AND MY CATCHING VALLEY FEVER TWICE AND ALMOST DIEING, - BEING GIVEN HEP-B., - AND BEING TRANSFERED TO THIS INSTITUTION, - WHEN I WAS SHEDULED FOR A COLON RESECTION, - AT MERCY HPT. BAKERSFIELD, & FOR A ARTIFICIAL KNEE REALIGNMENT & REPAIR, AND FOR BACK REALIGNMENT SURGERY, TO MY BACK FUSSION, AND TO RODS, THAT ARE OUT OF ALIGNMENT, & THE KNOTT STICKING OUT 1½ IN.'S., - ADJACENT TO MY FUSSION, - THE MEDICAL STAFF ON THIS YRD., - B-YRD. CLINIC, - TAKE INFLUENCE FROM CUSTODY STAFF ON THIS YRD., - DUE TO THEIR NOT WANTING S.N.Y.- INMATES AT THIS INSTITUTION, - THUSLY WE ARE HARASSED, & VERBALLY DISRESPECTED, AS WELL AS PHYSICALLY, VIOLENTLY, HARMED, & THREATENED, - DUE TO THEIR WANTING TO TREAT EVERYONE LIKE A CHILD-MOLESTER, OR RAPO - OR AS THEY SAY HERE, - ON - A REGULAR DAY, TO DAY BASIS - YOUR ALL PIECES OF SHIT, AND YOU'VE GOT NOTHING COMING, AND WERE CONSTANTLY ABUSED VERBALLY & PHYSICALLY, AS WELL AS - DISRESPECTED DAILY; I'M SEEKING THESE ORDERS AND THE AMOUNT $50,000.00 PER. EA. DEFENDANT, - FOR ALL THE MENTAL MISTREATMENT, PHYSICAL ABUSE, AND TO GET PROPER & ADEQUATE MEDICAL TREATMENT - MY MEDICATION LEFT ALONE, & PROPERLY, DISPENSED - AS PRESCRIBED!

Signed: C/C John E. West Dated: 6-23-08

LIL-JOHN E. WEST
E-28520, - B-4-111-L
P.O. BOX 3030
475-750 RICE CANYON RD-
SUSANVILLE, CALIF. 96127, 96130

OFF. OF CRT. CLK.
NORTHERN DIST. CRT. HSE.;
NORTHERN DIST. CALIF.;

* ATTACHED SHEET PG 1. *

LIL-JOHN E. WEST
V.
T. FELKER - WARDEN, (ET.-AL) MEDICAL, STAFF. (IE) BYRD. CLINIC

CASE NO. ____________

RELIEF CONT'D.-, ATTACHED SHEET; THESE L.V.N.'S., CLARK, JERRY, AND NOW THEY'VE INFLUENCED L.V.N. MS. REYNOLDS, INTO HARASSING ME, AND NOT GIVING ME THE PRESCRIBE MEDICATION, ORDERED, BY THE C.M.O. MS. D. SWINGLE, AND THE SLIDING SCALE INSULIN, - ALSO ORDERED BY HER, - C.M.O. MS. D. SWINGLE, AND THE ACTUAL PROPER TYPE OF A CERTAIN PSYCHAITRIC MEDICATION, ORDERED BY DR. NEILSON - SNR. SENIOR, ASST. - ASSISTANT AT C.T.C., - CENTRAL TREATMENT CENTER, - FOR SEVERE DEPRESSION, & ANXIETY ATTACKS, P.T.S.D. - FROM, 3 TOURS IN VIETNAM "68-73" - "1206TH 101ST AIRBORNE" - "ATTACHED TO" "5TH SPECIAL FORCES", - AND DUE TO 3 - BACK TO BACK RECENT, DEATH'S IN MY FAMILY, - MY DAD 2½ OR 3 MTH'S AGO, MY YOUNGER BROTHER 1 MTH. AGO, AND MY YOUNGEST SON, - 1 MTH. AGO, - DUE TO MY INFORMANT STATUS, - OF & ON, SHOT CALLERS, - HIGHER UPS., OF ARYAN BROTHERHOOD, - AND OF "LA EME," - AND THEIR, "RULING MESA" ELEETE, AND BOTH CLICKS, - RESPONSIBLE PARTIES, - FOR PUTTING A HIT, - ON MY OLDER ½ BROTHER, AND FOR THE KILLING OF MY NEXT TO THE LITTLEST BROTHER, - AND DUE TO A RECENT, SUICIDE ATTEMPT - BEHIND & DUE TO THE RECENT DEATH'S, - AND ALL THE RELATED STRESS TO THEM;

Signed; Lil John E West
E-28520, - B-4-111-L
Dated; 6/23/08

RELIEF CONT'D.;

THEY DON'T WANT ME, OR ANOTHER INMATE TO HAVE A CERTAIN KIND OF MEDICATION, OR A SPECIFIC AMOUNT OF SAID MEDICATION, SIMPLY BECAUSE THEY DON'T WANT YOU TO HAVE IT OR FEEL THAT YOU SHOULD A CERTAIN KIND OF MEDICATION, OR DOSAGE OF SAID MED'S, WHETHER IT BE A CONTROLED MEDICATION OR NOT!; SEE ATTACHMENT, AND THEY CONTINUOUSLY REFUSE TO GIVE ME MY INSULIN, AS I'M DIABETIC, AND INSULIN DEPENDANT, ON A SLIDING SCALE! I'M SEEKING $50,000.00 PER. EA. DEFENDANT;

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of June, 2008

Lil John E West

(Plaintiff's signature)

96127



US POSTAGE
Mailed From 96127

STATE PRISON



CONF

ATT. MAG./JUDGE T.E. HENDERSON
OFF. of CRT. CLK.
NORTHERN DIST. CRT. HSE.
SAN FRANCISCO FED. CRT. HSE.
450 GOLDEN GATE AVE. CRT. RM. #12 FLR. #19.
SAN FRANCISCO, CA. 94102



B4

LEGAL MAIL

CONFIDENTIAL
LEGAL MAIL